```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

STEVEN ROBINSON on behalf of himself and all others similarly situated,

        Plaintiff,

   v.

HORNELL BREWING CO., et al.,

        Defendants.

Civil No. 11-2183 (JBS-JS)

**ORDER**

    This matter having come before the Court upon the motion of Defendants to dismiss Plaintiff's class action allegations [Docket Item 26]; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this __**12th**__ day of **March, 2012** hereby

    ORDERED that Defendants' motion is **DENIED** as follows: the motion is denied without prejudice as to Plaintiff's allegation that the matter is appropriate for class action under Fed. R. Civ. P. 23(b)(2); the motion is denied as moot as to Plaintiff's allegation that a class action is superior to other forms of adjudication under Fed. R. Civ. P. 23(b)(3); and it is further

    ORDERED that the Court will hear oral argument on Plaintiff's motion to certify a class [Docket Item 41] on Tuesday, April 3, 2012, at 10:00 A.M. in Courtroom 4A.

                              **s/ Jerome B. Simandle**
                              JEROME B. SIMANDLE
                              Chief U.S. District Judge