IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN ROBINSON on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>HORNELL BREWING CO., et al.,<br>　　　　　　Defendants. | Civil No. 11-2183 (JBS-JS)<br><br>**ORDER** |

　　This matter having come before the Court upon the motion of Defendants to dismiss Plaintiff's class action allegations [Docket Item 26]; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

　　IT IS this   **12th**   day of **March, 2012** hereby

　　ORDERED that Defendants' motion is **DENIED** as follows: the motion is denied without prejudice as to Plaintiff's allegation that the matter is appropriate for class action under Fed. R. Civ. P. 23(b)(2); the motion is denied as moot as to Plaintiff's allegation that a class action is superior to other forms of adjudication under Fed. R. Civ. P. 23(b)(3); and it is further

　　ORDERED that the Court will hear oral argument on Plaintiff's motion to certify a class [Docket Item 41] on Tuesday, April 3, 2012, at 10:00 A.M. in Courtroom 4A.

　　　　　　　　　　　　　　　　　　 **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　Chief U.S. District Judge