IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN ROBINSON on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>HORNELL BREWING CO., et al.,<br><br>    Defendants. | Civil No. 11-2183 (JBS-JS)<br><br>**ORDER** |

 This matter coming before the Court on the motion of Plaintiff Steven Robinson to certify a class pursuant to Fed. R. Civ. P. 23 [Docket Item 41]; the Court having considered the arguments of the parties in favor of and opposing the motion; for the reasons stated in the Opinion of today's date; and for good cause shown;

 IT IS this   **11th**   day of **April, 2012** hereby

 ORDERED that Plaintiff's motion to certify a class shall be, and it hereby is, **DENIED**.

           **s/ Jerome B. Simandle**
           JEROME B. SIMANDLE
           Chief U.S. District Judge