```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

STEVEN ROBINSON on behalf of himself and all others similarly situated,

        Plaintiff,

   v.

HORNELL BREWING CO., et al.,
        Defendants.

Civil No. 11-2183 (JBS-JS)

**ORDER**

This matter coming before the Court on Plaintiff Robinson's motion to dismiss for lack of subject matter jurisdiction [Docket Item 79] and Defendants' cross-motion for partial summary judgment [Docket Item 85]; the Court having considered the arguments of the parties in favor of and opposing the motions; for the reasons stated in the Opinion of today's date; and for good cause shown;

    IT IS this __12th__ day of __December__, 2012 hereby

    ORDERED that Plaintiff's motion to dismiss the complaint without prejudice is GRANTED; and it is further

    ORDERED that Defendants' cross-motion for partial summary judgment is DENIED.

                            **s/ Jerome B. Simandle**
                            JEROME B. SIMANDLE
                            Chief U.S. District Judge