IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN ROBINSON on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>HORNELL BREWING CO., et al.,<br>    Defendants. | Civil No. 11-2183 (JBS-JS)<br><br>**ORDER** |

 This matter coming before the Court on Plaintiff Robinson's motion to dismiss for lack of subject matter jurisdiction [Docket Item 79] and Defendants' cross-motion for partial summary judgment [Docket Item 85]; the Court having considered the arguments of the parties in favor of and opposing the motions; for the reasons stated in the Opinion of today's date; and for good cause shown;

 IT IS this __**12th**__ day of __**December**__, 2012 hereby

 ORDERED that Plaintiff's motion to dismiss the complaint without prejudice is GRANTED; and it is further

 ORDERED that Defendants' cross-motion for partial summary judgment is DENIED.

            **s/ Jerome B. Simandle**
            JEROME B. SIMANDLE
            Chief U.S. District Judge